IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-63 (MTT) |
| | ) |
| ANTOINE RILEY, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 102. The defendants were indicted on November 16, 2021 and had their arraignments in this Court on December 13, 2021. Docs. 1; 27; 29; 30; 52; 54; 59; 66; 71; 74. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to provide additional time for the defendants and their counsel to investigate the charge, formulate a defense, file any applicable pretrial motions, and pursue plea negotiations in lieu of trial. Doc. 102 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 102) is **GRANTED**. The case is continued from the January term until the Court's trial term presently scheduled for **February 28, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 20th day of December, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT