IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO.  5:21-CR-63 (MTT) |
| | ) |
| ANTOINE RILEY, *et al,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SCHEDULING ORDER

This matter is before the Court pursuant to the government's motion to declare the case complex, extend the deadlines in the standard pretrial order, and specially set the trial.  Doc. 125.  For the following reasons, the motion is **GRANTED**.

The November 16, 2021 indictment alleges twelve criminal counts against nine defendants.  Doc. 1.  All defendants have had their initial appearance and arraignment. Defendants Antoine Riley, Latanya Williams, Antonio Raines, Desmond Griffin, Obie Wright, Joseph Day, Emanuael Ivey, and Brittany Smith had their initial appearance and arraignment on December 13, 2021.  Docs. 27; 29; 52; 54; 59; 66; 71; 74.  Defendant Armard Davis had his initial appearance on December 13, 2021 and arraignment on January 26, 2022.  Docs. 30; 118.

The government requests the Court (1) declare the case complex, (2) extend the deadlines in the standard pretrial order, and (3) specially set the trial.  Doc. 125.  The government's investigation—culminating in this case—began in March 2020 and included controlled purchases and seizures of cocaine, cocaine base, methamphetamine.  *Id.*  ¶ 1.  Pursuant to that investigation, the government executed

wiretap interceptions from four phone lines and numerous search warrants, to include searches of premises, electronic devices, and the installation of vehicle trackers. *Id.* Accordingly, the discovery in this case is voluminous, with approximately eight gigabytes (3844 individual files) of information including documents, photographs, audio and video recordings, and intercepted calls and text messages. *Id.* ¶ 4. Based on the government's knowledge of the materials and information contained in the discovery materials, the government submits that defense counsel will need additional time to review the discovery, determine whether to file any pretrial motions and prepare for trial. *Id.* ¶ 5. Thus, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), due to the number of defendants and the nature of the prosecution, the Court finds the case is complex. Further, pursuant to § 3161(h)(7)(A), the Court finds the trial should be continued and specially set by the Court. For the reasons stated, this continuance outweighs the best interests of the public and the defendants to a speedy trial. Accordingly, the government's motion (Doc. 125) is **GRANTED**.

The case is specially set for trial beginning on January 17, 2023. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

The Court amends and supplements the Standard Pretrial Order as follows:

| | |
|---|---|
| 5/17/2022 | The government shall discharge its discovery obligations as set forth in paragraphs 1, 4-10 of the Standard Pretrial Order. |
| 6/17/2022 | Defense discovery, as outlined in paragraph 2 of the Standard Pretrial Order, due. |
| 7/29/2022 | Motions, other than motions in limine, due. |
| 9/9/2022 | Motion responses due. |
| 9/23/2022 | • Motion replies due.<br>• Government's expert notices due. |

| Date | Event |
|---|---|
| 10/14/2022 | Rule 404(b) notices due. |
| 11/4/2022 | Defense expert notices due. |
| 11/8/2022 | Motions hearing and/or status conference. |
| 12/6/2022 | Motions in limine due. |
| 12/20/2022 | • Proposed voir dire questions due **(limited to 20)**.  Counsel are reminded that copies of juror questionnaires are available in the Clerk's Office.  It is the responsibility of each attorney to review these questionnaires prior to trial.  Voir dire questions may not repeat material contained in the questionnaires.<br>• Requests to Charge due.<br>• Proposed verdict form due.<br>• Motion in limine responses due.<br>• Voir dire objections due. |
| 1/10/2023 | Final pretrial conference. |
| 1/13/2023 | • Counsel shall email a proposed exhibit list and a proposed witness list to the courtroom deputy with a copy to opposing counsel at Kim_Tavalero@gamd.uscourts.gov no later than **NOON.**<br>• Electronic evidence files should be provided to the courtroom deputy no later than **NOON.** Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology, specifically the instructions concerning the Jury Evidence Recording System (JERS). |
| 1/17/2023 | Trial commences. |

Except as modified in this Order, the standard pre-trial order remains in effect.

**SO ORDERED,** this 3rd day of February, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT